JS-6

1  Evan J. Smith, Esquire (SBN 242352)
   Ryan P. Cardona, Esquire (SBN 302113)
2  BRODSKY & SMITH, LLC
   9595 Wilshire Blvd., Ste. 900
3  Beverly Hills, CA 90212
   Telephone:  (877) 534-2590
4  Facsimile:    (310) 247-0160
   Email: esmith@brodsky-smith.com
5          rcardona@brodsky-smith.com

6  *Attorneys for Plaintiff*

7  Gregory F. Hurley (SBN126791)
   Michael J. Chilleen (SBN210704)
8  SHEPPARD, MULLIN, RICHTER,
   & HAMPTON, LLP
9  650 Town center Drive, 4th Floor
   Costa Mesa, CA 92626-1993
10 Telephone:     714.513.5100
11 Facsimile:     714.513.5130
   Email: ghurley@sheppardmullin.com
12         mchilleen@sheppardmullin.com

13

14 *Attorneys for Defendant*

15
                    UNITED STATES DISTRICT COURT
16
                   CENTRAL DISTRICT OF CALIFORNIA
17
                          WESTERN DIVISION
18

19 | HADYANTO SUTANDAR, on behalf of himself and all others similarly situated, | CASE NO.:  2:16-CV-05817-FMO-RAO |
   |---|---|
20 | | [PROPOSED] ORDER TO REMAND CASE TO STATE COURT BASED ON JOINT STIPULATION OF PARTIES |
21 | Plaintiff, | |
   | vs. | |
22 | | |
   | BEVERAGES & MORE, INC., t/a BEVMO, | |
23 | | |
24 | Defendant. | |

25

26

27

28
                                  -1-

**ORDER**

AND NOW, THIS __29th__ day of __August__, 2016, in consideration of the Joint Stipulation to Remand Case to State Court filed by the parties, this matter is remanded to the Superior Court of California in and for the County of Los Angeles, No. BC625595, for all further proceedings.

           /s/  Fernando M. Olguin
HONORABLE ~~ROZELLA A. OLIVER~~
UNITED STATES DISTRICT COURT
~~MAGISTRATE~~ JUDGE